Courtland L. Reichman (SBN 268873)
MCKOOL SMITH HENNIGAN, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1401;
Facsimile: (650) 394-1422
creichman@mckoolsmith.com

Brett Cooper (pro hac vice to be filed)
Angela Vorpahl (pro hac vice to be filed)
MCKOOL SMITH, P.C.
1 Bryant Park, 47th Floor
New York, NY 10036
Telephone: 212) 402-9400
Facsimile: (212) 402-9444
bcooper@mckoolsmith.com;
avorpahl@mckoolsmith.com

Attorneys for Plaintiff
BMC Software, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BMC Software, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>ServiceNow, Inc.<br><br>Defendant. | Misc. Case No. CV 15-80239 MISC LB<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CIVIL ACTION NO. 2:14-CV-903-JRG<br><br>[PROPOSED] ORDER<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: |

Unopposed

The Court, having considered Plaintiff BMC Software, Inc.'s Motion to Transfer or in the alternative Motion to Quash Subpoenas of Mike Dierks and Lobos Valley Advisors, LLC and the arguments of counsel, hereby ORDERS that Plaintiff BMC Software, Inc.'s, Motion to Transfer shall be granted., and TRANSFERS BMC's Motion to Quash to the United States District Court for the Eastern District of Texas.

-1-

Misc. Case No._____
Civil Action No. 2:14-CV-903-JRG

[PROPOSED] ORDER

1 | IT IS SO ORDERED.

3 | Dated: October 13, 2015

_____
United States District Judge

-2-

28 | Misc. Case No. _____
Civil Action No. 2:14-CV-903-JRG

[PROPOSED] ORDER

McKool Smith Hennigan, P.C.
Redwood Shores, CA